IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS R. LONGHURST,   No. CIV S-11-2604-MCE-CMK

    Plaintiff,

  vs.   ORDER

CHASE BANK, et al.,

    Defendants.

_____/

       Plaintiff, originally proceeding in this civil action in propria persona, is now represented by counsel. Currently pending before the undersigned is defendants' motion to dismiss (Doc. 7) the original complaint, set for hearing on February 8, 2012. As an amended complaint was filed, pursuant to Federal Rule of Civil Procedure 15(a), that motion is challenging a now inoperative complaint. As such, the motion will be denied as moot and the hearing vacated.[1]

/ / /

---

[1] The undersigned notes there is a new motion to dismiss pending (Doc. 23), which is challenging the amended complaint. Nothing in this order alters that motion or the hearing on that motion as set.

1

In addition, this matter is set for an initial scheduling conference before the undersigned on February 29, 2012. As plaintiff filed this action in propria persona, it was assigned to the undersigned pursuant to Local Rule 302(c)(21). However, as plaintiff is now proceeding with counsel, Local Rule 302(c)(21) provides that this action shall be referred back to the District Judge. Therefore, the initial scheduling conference currently set before the undersigned is vacated. A new scheduling conference before the District Judge will be set, if appropriate, following the resolution of the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss (Doc. 7) is denied as moot and the hearing is vacated;

2. The scheduling conference set for February 29, 2012, before the undersigned is vacated; and

3. This matter is referred back to the District Judge pursuant to Local Rule 302(c)(21).

DATED: January 27, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE