S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
JACOB M. CLARK (CA Bar No. 266630)
jclark@AlvaradoSmith.com
AlvaradoSmith
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS R. LONGHURST,<br><br>     Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; and DOES 1 through 50, inclusive,<br><br>     Defendants. | CASE NO.: 2:11-CV-2604 MCE CKD(PS)<br><br>JUDGE:   Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF COMPLAINT**<br><br>ACTION FILED:   October 3, 2011 |

///

///

///

1

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF COMPLAINT**
3689354.2 -- AL109.W1964

The Court, having read and considered the Joint Stipulation for Voluntary Dismissal, and with good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. This action is hereby dismissed in its entirety as to defendant JPMorgan Chase Bank, N.A. with prejudice;

2. Each party to bear its or his own costs and attorneys' fees.

Dated: November 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF COMPLAINT**