UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRIS LONGHURST, | No. 2:11-cv-02604-MCE-EFB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CHASE BANK, et al., | |
| Defendants. | |

On November 7, 2013, this Court issued an Order (ECF No. 37) dismissing this action as to defendant JP Morgan Chase Bank, N.A. As that was the only defendant against whom Plaintiff alleged any claims in his operative First Amended Complaint (ECF No. 9), the Complaint is hereby DISMISSED with prejudice in its entirety. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 4, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT